# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JLEE COLEAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PD-RX PHARMACEUTICALS INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 5:15-cv-00563-R |

## ORDER

Before the Court is are joint motions to dismiss the claims of all Plaintiffs against Defendants Eli Lilly and Company, Teva Pharmaceuticals USA, Inc.; Defendant Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Defendants Neosan Pharmaceuticals, Inc., AAIPharma Development Services, Inc., AAIPharama, Inc., and AAIPharma, LLC; Defendants Cornerstone Biopharma, Inc., and Cornerstone Biopharma Holdings, LLC (formerly known as and sued herein as Cornerstone Biopharma Holdings, Inc.); Defendants Mallinckrodt Inc. and Covidien Inc.; and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. Doc. Nos. 197, 198.

Upon due consideration, the Court GRANTS the Motions. Plaintiffs' claims against these Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 1st day of June, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE